# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:14cr84 |
| | § | (Judge Crone) |
| CARMELA LEMUS CASTILLO | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the request for revocation of Defendant's supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on November 4, 2014, to determine whether Defendant violated her supervised release.

On January 22, 2013, Defendant was sentenced by the Honorable Ivan L.R. Lemelle to eight (8) months' custody followed by three (3) years of supervised release for the offense of Re-entry of a Deported Alien. On April 3, 2013, Defendant completed her period of imprisonment and began service of her supervised term. This case was transferred to the Eastern District of Texas, Sherman Division, and assigned to United States District Judge Marcia A. Crone.

On April 14, 2014, the U.S. Probation Officer executed a Petition for Warrant for Offender Under Supervision. Prior to the Government putting on its case, Defendant entered a plea of true to all of the violations. The Court recommends that Defendant's supervised release be revoked.

## RECOMMENDATION

The Court recommends that the District Judge revoke Defendant's supervised release. Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months with no supervised release to follow. It is also recommended that this sentence should be served

consecutively to any sentence of imprisonment the Defendant is currently serving.

After the Court announced the recommended sentence, Defendant executed the consent to revocation of supervised release and waiver of right to be present and speak at sentencing. Defendant and the Government also waived their right to file objections.

**SIGNED this 5th day of November, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE